# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GARCIA,<br>Plaintiff,<br><br>v.<br><br>CITY OF EL MONTE, et al.,<br>Defendants. | NO. CV 18-5129 DSF (AGRx)<br><br>ORDER TO SHOW CAUSE<br>RE SANCTIONS |

    On August 29, 2018, this Court issued its Order Setting Scheduling Conference, setting the Conference for November 26, 2018 and stating: "The lead trial attorney **must** attend the scheduling conference unless excused by the Court for good cause shown in advance of the scheduling conference." The Order also cautioned against counsel claiming to be "co-lead counsel" as a means of avoiding this requirement.

    At the November 26 hearing, Katie deGuzman appeared for plaintiff. In response to the Court's inquiry, she stated she was "not sure of" whether she was on the docket. In fact, Ms. deGuzman did not appear on the docket at all until <u>after the date of the hearing</u>. She stated that she was lead counsel but that "[t]here is also another attorney that will be going to trial," Boris Treyzon, who was engaged in trial. Mr. Treyzon was listed as lead counsel when the matter was filed – and still is.

    As the Court's Order is clear, it appears Mr. Treyzon has willfully failed to comply with this Court's order to seek

cc: FISCAL

permission to have alternate counsel appear at the scheduling conference and has deprived the Court of the opportunity to choose to continue the conference, as indicated in the Order Setting Scheduling Conference. The Court finds that sanctions against Mr. Treyzon in the amount of $250 are appropriate. Mr. Treyzon is ordered to show cause in writing no later than December 20, 2018 why sanctions in this amount should not be imposed. A hearing on the Order To Show Cause will be held on January 7, 2019 at 11:00 a.m. Mr. Treyzon is ordered to attend. Counsel for defendants may, but is not required to, attend. Payment of sanctions in the amount indicated to the Clerk of Court no later than December 20, 2018 (and the filing of a declaration establishing the payment) will be a sufficient response to this Order to Show Cause.

The Court also notes that further failures of counsel to comply with this Court's rules and orders will result in further sanctions.

IT IS SO ORDERED.

Date: December 6, 2018

Dale S. Fischer
United States District Judge