# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GARCIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF EL MONTE; EL MONTE POLICE DEPARTMENT; DOE OFFICER 1; DOE OFFICER 2; DOE OFFICER 3; DOE OFFICER 4; DOE OFFICER 5; DOE OFFICER 6; and DOES 7 through 50, inclusive.<br><br>Defendants. | Case No.: 2:18 CV 05129 DSF (AGRx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

1 | Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure
2 | 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all
3 | claims, causes of action, and parties, with each party bearing that party's own attorney's fees
4 | and costs. The clerk is directed to close the file.
5 |
6 | Dated: _____May 14_____, 2019        /s/ Dale S. Fischer
                                          Judge Dale S. Fischer
7 |                                       United States District Judge

1

ORDER RE: STIPULATION OF DISMISSAL